UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24088-UU

PATRICIA SETTLE,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Motion to Dismiss Count (D.E. 22).

THE COURT has considered the motion and the pertinent portions of the record and is otherwise fully advised in the premises.

Plaintiff filed this complaint on October 4, 2018. D.E. 1. Defendant moves to dismiss on several bases including lack of standing, shotgun pleading, and failure to state a claim. As an initial matter, every factual allegation is incorporated by reference into every count. The complaint, therefore, is an impermissible shotgun pleading. *See Great Fla. Bank v. Countrywide Home Loans, Inc.*, 2011 WL 382588, at *2 (S.D. Fla. Feb. 3. 2011). "A shotgun-style complaint is [sic] one that 'incorporates all of the general factual allegations by reference into each subsequent claim for relief.'" *Id.* (citing *Ferrell v. Durbin*, 311 Fed. App'x 253, 259 (11th Cir. 2009)). Such a form is "disfavored as 'unhelpful and poorly drafted,' and the experience 'teaches that, unless cases are pled clearly and precisely, issues are not joined, discovery is not controlled, the trial court's docket becomes unmanageable, the litigants suffer, and society loses

1

confidence in the court's ability to administer justice.'" *Id*. (citing *Paramo v. IMICO Brickell, LLC*, No. 08-20458-CIV, 2008 WL 4360609, at *8 (S.D. Fla. Sept. 24, 2008)).

Additionally, the Court is concerned that, as pleaded, Plaintiff's so called "scrivener's error" compels the conclusion that the Court lacks jurisdiction. Defendants are correct that asking for leave to amend in an opposition to a motion to dismiss is improper, but this challenge to jurisdiction is facial and potentially curable with leave to amend and so the Court will grant Plaintiff **ONE** opportunity to amend. The Court warns Plaintiff, however, that if the amended complaint must be dismissed as a shotgun pleading or for any failure to meet the pleading requirements of Rule 8, the Court will dismiss it with prejudice. It is therefore

ORDERED AND ADJUDGED that the Motion (D.E. 22) is GRANTED. The Complaint (D.E. 1) is DISMISSED WITHOUT PREJUDICE. Plaintiff SHALL file an amended complaint no later than **Friday, January 4, 2019.** Failure to comply will result in dismissal of this action without further notice. It is further

ORDERED AND ADJUDGED that the Initial Planning and Scheduling Conference is hereby RESET for **Friday, January 18, 2019, at 9:30 A.M.**

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of December, 2018.

*[signature]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf

2